UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MAXINE DUGAS, | ) | Case No. 2:15-cv-09488 RGK-AFM |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] JUDGMENT |
| vs. | ) | Date: October 17, 2016 |
| | ) | Time: 9:00 a.m. |
| LOCKHEED MARTIN CORPORATION, and DOES 1 to 100, inclusive, | ) | Courtroom: 850 |
| | ) | Judge: Hon. R. Gary Klausner |
| Defendants. | ) | Trial Date: November 29, 2016 |

After consideration of the papers in support of and in opposition to Defendant Lockheed Martin's motion for summary judgment and the oral argument of counsel, this Court orders summary judgment in favor of Defendant Lockheed Martin and that judgment be entered in favor of Defendant and that Plaintiff take nothing, that the action be dismissed on the merits and that Defendant Lockheed Martin recover its costs.

DATED: October 20, 2016

*Gary Klausner*

_____
Hon. R. Gary Klauner
U.S. District Court Judge